IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                    Case No. 3:08cr85/LAC

**VARDHARAJ BANDARI,**
  a/k/a "Raj Bandari"
_____/

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, in the Indictment in the above-entitled action, the United States sought forfeiture from the defendant, **VARDHARAJ BANDARI,** pursuant to Title 18, United States Code, Sections 981 and 982, Title 8, United States Code, Section 1324(b) and Title 28, United States Code, Section 2461(c), the defendant's interests in any property, real or personal, involved in the violations set forth in Counts One and Two of said Indictment and/or any property traceable to such property;

AND WHEREAS, on or about October 30, 2008, the defendant, **VARDHARAJ BANDARI,** pled guilty to Counts One and Two of the Indictment pursuant to a written guilty plea outlining such forfeiture;

AND WHEREAS, by virtue of said plea agreement, the United States is now entitled to entry of a Preliminary Order of Forfeiture against all of defendant's interest in said property, pursuant to Title 18, United States Code, Sections 981(a)(1), 982(a)(1), (a)(6), (a)(2)(B) and (b)(1), Title 8, United States Code, Section 1324(b) and Title 28, United States Code, Section 2461(c), and Rule 32(d)(2) and 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

**IT IS HEREBY ORDERED:**

1.That all of defendant's rights and interest in the property described below is hereby forfeited to and vested in the United States of America.

2.That property which is subject to forfeiture in this Order is as follows:

A.The property known as 2422 Redoubt Avenue, Pensacola, Florida, lying and being in Escambia County, Florida and being more particularly described in the Official Records at Deed Book 1, Page 17 of the public records of Escambia County as follows:

LOT 1, BLOCK 6, NIRVANA SUBDIVISION, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 1, PAGE 17, OF THE PUBLIC RECORDS OF ESCAMBIA COUNTY, FLORIDA.

B.$563.97 in U.S. currency located in Wachovia Bank account ending in account number 2379, for which the defendant AMARDEEP G. CHERLAPALLI and U.C. were signatories;

C.$7,480.55 in U.S. currency located in Wachovia Bank account ending in account number 0261 and titled in the name of Baba Enterprises, LLC;

D.$55,397.56 in U.S. currency located in Wachovia Bank account ending in account number 0290 titled in the name of Baba Enterprises, LLC;

E.$97,439.78 in U.S. currency located in Wachovia Bank account ending in account number 9748 titled in the name of Baba Enterprises, LLC;

F.$17,859.00 in U.S. currency seized from Bestway Check Cashing,

3300 N. Pace Boulevard, Suite M-215, Pensacola, Florida; and

   G. $61,147.00 in U.S. currency seized from Bestway Food Store, 2110 Gulf Beach Highway, Pensacola, Florida.

  3. That a Preliminary Order of Forfeiture is hereby entered in favor of the United States against defendant, **VARDHARAJ BANDARI,** pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure.

  IT IS SO ORDERED this 23rd day of January, 2009.


           s/*L.A. Collier*
           LACEY A. COLLIER
           SENIOR UNITED STATES DISTRICT JUDGE