| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 3:08cr85-002LAC |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 08CR 665 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Vardharaj Bandari a/k/a Raj Bandari Northern District of Illinois **∟ FILED** JUN - 1 2009 June 1, 2009 **MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT** | Florida Northern | Pensacola |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Lacey A. Collier, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 04/10/09 / TO 04/09/11 |

OFFENSE

Count 1: Conspiracy to Commit Visa Fraud, in violation of 18 U.S.C. §§ 1546(a) and 371.
Count 2: Conspiracy to Unlawfully Induce an Alien to Reside in the United States for Purposes of Private Financial Gain, in violation of 8 U.S.C. § 1324(a)(1)(A)(iv), (a)(1)(A)(v)(I) and (a)(1)(B)(i).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

JUDGE LEINENWEBER

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

MAGISTRATE JUDGE BROWN

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

30 Apr 09
*Date*

*(signature)*
*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY 2 8 2009
*Effective Date*

James F Holderman
*(signature)*
*United States District Judge*

Rec'd 0608'09UsDcFln3Am1126
KC